FILED
June 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 07-0185 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ASIF KHAN, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ASIF KHAN, Case No. MAG 07-0185 KJM, Charge Title 18 USC §§ 371; 2319; 2318; 2320; 1341; 2, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_[handwritten: Do]_ ___    Release on Personal Recognizance

X    Bail Posted in the Sum of $ 200,000

    X    Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    X    (Other) _Pretrial Services Supervision of Preliminary Conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 12, 2007 at 2:50 pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge