FILED
June 12, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )    Case No. MAG 07-0185 KJM
            Plaintiff,               )
v.                                   )    ORDER FOR RELEASE OF
                                     )    PERSON IN CUSTODY
ASIF KHAN,                           )
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ASIF KHAN, Case No. MAG 07-0185 KJM, Charge Title 18 USC §§ 371; 2319; 2318; 2320; 1341; 2, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　_____   Release on Personal Recognizance

　　__X__   Bail Posted in the Sum of $ 200,000

　　　　　__X__  Unsecured Appearance Bond

　　　　　_____  Appearance Bond with 10% Deposit

　　　　　_____  Appearance Bond with Surety

　　　　　_____  Corporate Surety Bail Bond

　　　　　__X__  (Other) _Pretrial Services Supervision of Preliminary Conditions of release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 12, 2007 at 2:50 pm.

By _____
Dale A. Drozd
United States Magistrate Judge