1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

JUN 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MAG. NO. 07-185 KJM |
| v. | APPLICATION AND ORDER FOR UNSEALING ARREST WARRANTS |
| ASIF KHAN and SABREENA KHAN, | |
| Defendants. | |

On June 7, 2007, the arrest warrants were filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the arrest warrants to be sealed. The government respectfully requests that the arrest warrants be unsealed.

DATED: June 12, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Robin Taylor
ROBIN R. TAYLOR
Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: June 21, 2007

/s/ Kimberly J. Mueller
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

1